1   SHANNON L. GUSTAFSON CA State Bar No. 228856
    Deputy County Counsel
2   MICHELLE D. BLAKEMORE CA State Bar No. 110474
    County Counsel
3   385 North Arrowhead Avenue, Fourth Floor
    San Bernardino, California 92415-0140
4   Telephone: (909) 387-4772
    Facsimile: (909) 387-4069
5   E-Mail: Shannon.Gustafson@cc.sbcounty.gov

6   Attorneys for Defendants County of San Bernardino, Deputy Laron Taylor, SCS
    Samantha Dakis, and SCS Stacy Shetterly

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REGALADO,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; CITY OF REDLANDS; NICHOLAS KOAHOU, an individual; and DOES 1 to 10 Inclusive<br><br>Defendants. | Case No. 5:19-cv-000529 MWF (SPx)<br><br>**ORDER DISMISSING COUNTY OF SAN BERNARDINO, DEPUTY LARON TAYLOR, SCS SAMANTHA DAKIS, AND SCS STACY SHETTERLY WITH PREJUDICE PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41(a)**<br><br>Honorable District Court Judge<br>Michael W. Fitzgerald |

1

Pursuant to the stipulation of the parties, the Court hereby dismisses Defendants County of San Bernardino, Deputy Laron Taylor, SCS Samantha Dakis and SCS Stacy Shetterly from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated: February 6, 2020

_____
Honorable Michael W. Fitzgerald

2

**ORDER DISMISSING COUNTY OF SAN BERNARDINO, DEPUTY LARON TAYLOR, SCS SAMANTHA DAKIS, AND SCS STACY SHETTERLY WITH PREJUDICE PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41(a)**